IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00268-WYD-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-202-00242-4;
2.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-122-00072-9;
3.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-122-00071-2;
4.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-202-00241-8;
5.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-506-00886-5 DPF;
6.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT# 01-506-00887-I DPF;
7.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-202-00385-0;
8.  ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-122-00130-9,

      Defendants.

---

## ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

---

Plaintiff has instituted the in rem action herein and requested issuance of

process.  It appears to the Court from the Verified Complaint filed herein that the Court

has jurisdiction over the defendant property, and it appears, for the reasons and causes

set forth in the Verified Complaint, that there is probable cause to believe the defendant

property is subject to a decree of forfeiture, and that Warrants for Arrest of the

defendant property should enter.  It is hereby

ORDERED AND DECREED that a Warrant for Arrest of Property In Rem for the

defendant property located in the Republic of Panama shall issue as prayed for and that

the Central Authority of Panama and/or any duly authorized law enforcement officer is

directed to arrest and seize the defendant property as soon as practicable, and to use

whatever means may be appropriate to protect and maintain it in your custody until

further order of this Court;

THAT pursuant to Rule G(4)(C) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an

official internet government site for at least 30 consecutive days, stating that all persons

claiming or asserting an interest in the defendant property must file their Claims with the

Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions within sixty (60) days of the first date of

publication of notice, and shall serve and file their Answers to the Verified Complaint

within twenty one (21) days after the filing of their Claims with the Office of the Clerk,

United States District Court for the District of Colorado, with a copy sent to Assistant

United States Attorney Tonya S. Andrews, United States Attorney's Office, 1225 17th

Street, Suite 700, Denver, Colorado  80202.

Dated:  January 30, 2014

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE