IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00268-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-202-00242-4;

2.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-122-00072-9;

3.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-122-00071-2;

4.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-202-00241-8;

5.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-506-00886-5 DPF;

6.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-506-00887-1 DPF;

7.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-202-00385-0;

8.    ALL FUNDS IN CAPITAL BANK, REPUBLIC OF PANAMA ACCOUNT # 01-122-00130-9,

     Defendants.

_____

**DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Default

and Final Order of Forfeiture, and the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

THAT all known parties have been provided with an opportunity to respond as required by Supplemental Rule G(4), and no parties have filed a claim to the defendant bank accounts;

THAT forfeiture of the following defendant bank accounts located in Panama pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) shall enter in favor of the United States, and that upon entry of a Default and Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law:

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §§ 981(a)(1)(A) and (C).

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the following defendant property shall enter in favor of the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C):

a. All funds frozen in Capital Bank, Republic of Panama account # 01-202-00242-4 in the name of Noys Management Corp.;

b. All funds frozen in Capital Bank, Republic of Panama account # 01-122-00072-9 in the name of Noys Management Corp.;

c. All funds frozen in Capital Bank, Republic of Panama account # 01-122-00071-2 in the name of Barrington Road Advisors, Inc.;

d. All funds frozen in Capital Bank, Republic of Panama account # 01-202-00241-8 in the name of Barrington Road Advisors, Inc.;

2

e.      All funds frozen in Capital Bank, Republic of Panama account # 01-506-00886-5 DPF in the name of Barrington Road Advisors, Inc.;

f.      All funds frozen in Capital Bank, Republic of Panama account # 01-506-00887-1 DPF in the name of Hijinks Productions Inc.;

g.      All funds in Capital Bank, Republic of Panama account # 01-202-00385-0 in the name of United National S.A.; and

h.      All funds frozen in Capital Bank, Republic of Panama Account # 01-122-00130-9 in the name of Panama Capital Partners S.A.

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law;

THAT the Clerk of Court is directed to enter Judgment of the forfeited property pursuant to Rule 58(a) of the Federal Rules of Civil Procedure; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant property pursuant to 28 U.S.C. § 2465.

Dated:  February 18, 2016

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE